# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

---

UNITED STATES OF AMERICA,

v.

FLOYD A. BARROW

MMC

DEFENDANT.

---

# INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

---

A true bill.

_____ Foreman

Filed in open court this _____ day of _____

_____ Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
                                 ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 922(g)(1) -
Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ FLOYD A. BARROW

**DISTRICT COURT NUMBER**

CR 07 0403

PENALTY:
Not more than 10 years imprisonment;
Not more than $250,000.00 fine;
3 years of supervised release.

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WILLIAM FRENTZEN

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,        )   No.  CR 07 0403 MMC
12         Plaintiff,                )
                                     )   VIOLATION: 18 U.S.C. § 922(g)(1) –
13     v.                            )   Felon in Possession of a Firearm
                                     )
14  FLOYD A. BARROW,                 )
                                     )
15         Defendant.                )
                                     )   SAN FRANCISCO VENUE
16                                   )
17  _____)

18                    I N D I C T M E N T

19  The Grand Jury charges:

20     On or about July 8, 2005, in the Northern District of California, the defendant,

21                         FLOYD A. BARROW,

22  having previously been convicted of a crime punishable by a term of imprisonment exceeding

23  one year, did knowingly possess a firearm, described as: a Hi-Point 9 millimeter luger caliber

24  semi-automatic pistol, serial number P1256107, in and affecting interstate commerce, in

25  violation of Title 18, United States Code, Section 922(g)(1).

26
27
28

| | |
|---|---|
| 1  DATED: | A TRUE BILL. |
| 2  06/26/07 | |
| 3 | FOREPERSON |

5  SCOTT N. SCHOOLS
   United States Attorney

8  MARK L. KROTOSKI
   Chief, Criminal Division

11 (Approved as to form: _____ )
             AUSA William Frentzen

INDICTMENT                                  2