| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Karen L. Hom | REPORTER/FTR<br>FTR 9:35-9:40 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | DATE<br>August 1, 2007 | NEW CASE ☐ | CASE NUMBER<br>CR07-0403 MMC |

FILED
2007 AUG -1 AM 9:04
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST OF CA

## APPEARANCES

| DEFENDANT<br>Floyd Barrow | CUST P/NP | ATTORNEY FOR DEFENDANT<br>Daniel Blank | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|
| U.S. ATTORNEY<br>Drew Caputo for Wm. Frentzen | INTERPRETER | ☒ FIN. AFFT<br>SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 3 m | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☒ ARRAIGNMENT<br>time 2 mins | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>08/03/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>Judge Spero | ☒ DETENTION HEARING | ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

Dft ordered to appear on 8/15/7 at 2:30 PM before Judge Chesney for Trial Setting/Status.

KLH, JCS, TL