UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: AUG 15 2007

**E-Filing**

Case No. CR-07-0403 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: Floyd Barrow

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: William Frentzen

ATTORNEY FOR DEFENDANT: Daniel Blank

Deputy Clerk: TRACY LUCERO

Reporter: Catherine Edwards

### PROCEEDINGS

REASON FOR HEARING: Initial Status / Trial Setting Conference

RESULT OF HEARING: Discovery materials given to defense counsel. Δ's counsel requests a pre-plea report re: criminal history from Probation Dept. - Court directs Δ's counsel to try to get information on his own (first)

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 9/12/07 @ 2:30 for Status re: Criminal History / Trial Setting Conference

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins AUG 15 2007 Ends 9/12/07

cc: Chamber file