UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: SEP 12 2007

Case No. CR-07-0403 MMC     JUDGE: Maxine M. Chesney

DEFENDANT: Floyd Barrow

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: William Frentzen

ATTORNEY FOR DEFENDANT: Daniel Blank

Deputy Clerk: TRACY LUCERO     Reporter: Jim Yeomans

**PROCEEDINGS**

REASON FOR HEARING: Status re: Criminal History / Trial Setting Conference

RESULT OF HEARING: ∆'s counsel requests additional time - still trying to get juvenile records. ∆ expects to plea (open) at next calling of case.

Case continued to 10/3/07 @ 2:30 for Further Status. or Change of Plea
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins SEP 12 2007 Ends 10/3/07

cc: Chamber file