UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

**E-Filing**

Date: OCT 03 2007

Case No. CR-07-0403 MMC          JUDGE: **Maxine M. Chesney**

Floyd Barrow
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

William Frentzen          Daniel Blank
U.S. ATTORNEY             ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**       Reporter: Connie Kuhl

**PROCEEDINGS**

REASON FOR HEARING   Further Status Conference

RESULT OF HEARING   ∆'s counsel received juvenile records but has not had time to review them. Court addressed ∆'s request for new counsel.

Case continued to 10/10/07 @ 2:30 for Further Status. /Trial setting/ Change of Plea
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins OCT X 3 2007 Ends 10/10/07

cc: Chamber file