UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

**E-Filing**

Date: OCT 10 2007

Case No. CR-07-0403 MMC

JUDGE: **Maxine M. Chesney**

Floyd Barrow
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

William Frentzen
U.S. ATTORNEY

Daniel Blank
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: Juanita Gonzalez

**PROCEEDINGS**

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Δ pled guilty to Count One of a one-count indictment. No plea agreement. Application to enter guilty plea filed w/ Court.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
         (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 12/12/07 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____