# Attachment A

November 19, 2007

Honorable Judge Chesney
US District Court
450 Golden Gate Ave., CA 94102
San Francisco, CA 94102

Dear Honorable Judge Chesney,

As Violence Prevention Specialist for the Western Addition Family Resource Center as well as a board member for the Martin Luther King – Marcus Garvey Square Cooperative Apartments, Inc., I am writing in support of Mr. Floyd Barrow.

I have known Floyd for over fifteen years and have watched him transition from an adolescent from the neighborhood into a young father who contributed significantly to his family and the youth of his community. Floyd is a caring father who has consistently supported his children in their social development, including academics and athletics. I observed Floyd as he communicated with his children with great care and I watched his child respond to that care with outstanding achievement in athletics such as football. As a person who attended Catholic school himself, I know that Floyd, in turn, serves as a foundation for the academic development of his children.

In addition to caring for his family, Floyd has become a young man with a community vision. As president of the King Garvey Co-op, I often had discussions with Floyd about protecting his family's San Francisco real estate interests. Floyd had begun to really understand that he already had a million dollar stake in the community through his family's participation in the ownership of the King Garvey Co-op property which the collection of families was due to own free and clear by December 1, 2019. Floyd had begun to realize the need to educate the community regarding their own best interests and I very much miss his contributions with regard to disseminating business information to the other shareholder families.

In terms of business, Floyd demonstrated a great deal of leadership when he started a clothing business called Urban Couture. The business was truly the talk of the neighborhood and Floyd and his partners were featured in an article in the neighborhood paper, The Western Edition, as well as honored in a ceremony at San Francisco City Hall. We look forward to having Floyd resume such contributions to the community. I especially look forward to having him channel his gift of communication with young people, such as his seven year old son, toward the positive development of other potentially at-risk youth.

Personally, I would like to see Mr. Barrow, upon release, gain any clearances and trainings necessary to continue his work of the past two years engaging at-risk youth in positive activities. Thank you for your support.

Sincerely,

Carlos Levexier