# Attachment B

December 1, 2007

Dear Honorable Maxine Chesney,

My name is Floyd Barrow I'm 27 yrs. old and caring for my 3 sons ages 1, 4, and 9 yrs. old. I'm not going to write my whole life story in this letter because I'm sure you have a pretty good idea from reading over my P.S.I report. Judge Chesney I do understand that I have to accept responsibility and the consequences for my actions on July 8, 2005. But Judge Chesney I want you to know personally despite how my past criminal history looks, I am truly and honestly a selfmade better person the past few years of my life. Matter of fact Judge the last 2 years have been the very best and most productive years by far of my entire adulthood.

I was a worker and owned a small share of an small independent mobile clothing business that me along with 2 childhood friends founded. We were based and located in the same Housing Project where I once committed criminal activity in the past. I thought it would be a great idea to bring positive structure for youths to the same place where I once added negativity. I always felt that I owed my community for my past wrong doings. In saying that I also earned what I consider my first "Real Job" of my life working at Black ~~Corner~~ Cornerstone promoting, using my communication skills for Community outreach and a host of other duties not mentioned. It was one of my first real challenges

of my adulthood and I really stood up and met that challange. I'm just very sad and disappointed to say that because of my current incarsination my employer has been forced to fill my position, But still has a great amount of respect and support for me, Plus is willing to help me any possible way. That job experience alone boosted my confiedence and let me know I can and have what it takes to make it in the "Real World" Judge Chesney. To avoid a long run on letter I've listed my daily life activities the past 2 years:

① I am currently an active member of an Community Based, Mayor funded Anti-Violence support organization called "Brothers Against Guns" for the past 20 months. We help youths and young adults find solutions and resoultions to end Gun & Gang violence throughout San Francisco. I assisted the organization founder Shawn Richards with a great deal of educational outtings, fund raisers for the youth and community outreach.

② I am currently the full time Coach and "Homework Program" mentor for members and non-members of the Hamilton Recreation Center 10 & under boys & girls basketball team. I was Rewarded for the most <u>Reliable</u> and <u>Consistant</u> Volenteer & Parent Participation for 2006-2007 I was still an active volenteer also seeking Employment with San Francisco Recreation & Park Department.

③ Im a current member and assistant bible study coordinator at 3rd Baptist Church for youth members every 1st & 3rd Sunday of the month.

④ I am a current Parent Volenteer at San Francisco Boys & Girls Club where my 2 oldest sons are members and participate in the program daily. I spend alot time helping the youth fund raising, refereeing sport activities, and janitorial services when needed. This was another perfect way to stay active in my childrens life.

⑤ Last but not least I feel my most productive & positive action for the community was my Role/Participation in the "Peace Treaty" urging childhood friends & current gang members to Put Down the Guns Stop the Violence and Increase the Peace. This organized meeting ended a longtime dispute (Turfwar) between two project housing gangs located two city blocks apart. The (K.O.P) located on 1600 Eddy st. & The (Eddy Rock) located on 1300 Eddy st. Since my concious decision to be apart of the Truce Negotians there has been no reported or unreported gang violence between the two housing projects. Thats what Im most greatful to mention, I took a stand and made a difference in stopping many senseless homocides in my community and thats what Im proud of most since my lifestyle change.

Judge Chesney my father Floyd Barrow Sr. was sent to prison when I was 10 yrs. old and didn't return until I was well into the criminal lifestyle. My oldest son is very close to that exact same age I was at the time and Judge Chesney my worst fear is me being out his life so long that I will lose him to the "Cold Streets" in which I fell victim to at on early age due to no father figure or authority in my life. I'm really hoping for a chance to be free in time to save my oldest son (9 yrs.) from the same mistakes I made. Judge Chesney since my arrest on July 24, 2007 my fiance' & 2 sons have been forced to relocate from our comfortable living in Pacifica Ca. back to the same housing projects I grew up in on Eddy st. My son is now forced to be raised by a single mother in a rough neighborhood where is little or no hope for male youths without a father figure.

Judge Chesney I don't know or understand this Federal Law System well at all but I promice and know for sure you want ever have to see me again standing in front of you because I broke the law ever again. Judge I am willing & ready today to sign the harshest parole/probation terms of 10, 20 yrs. or more for a lesser sentence, I don't care if my attorney thinks its a bad idea or doesn't advise me to do so, Judge I'm more than ready to do so because I'm positive, I've changed my lifestyle, and I know I'm going to continue down the right path in life like I have been.

Please consider a lesser sentence Judge Chesney under any circumstances I will agree and follow all terms and conditions. My 3 sons need me as soon as possible especially my oldest, I'm afriad of losing him because I was in the same exsact position, same exsact housing project, at his same age and look what happened to me.
I just pray and try my hardest so history won't repeat itself with my son.
Thank You for reading & considering

Sincerly

Floyd Ba[rr]