# Attachment C

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Multiple Sale or Other Disposition of Pistols and Revolvers**

OMB No. 1140-0003 (09/30/2006)

(Please complete all information)

1. Federal Firearms Licensee (FFL) Number, Business or Trade Name and Address (Include Number, Street, City, State and Zip Code) (Recommend use of Rubber Stamp Identifying your FFL Name and Address as it Appears on your Federal Firearms License)

   The Pawn Shop
   6246 N. 43rd Ave.
   Glendale, Az. 85301

   986013027J01131

2. Date Transferred: 06-17-05

3. Handguns Acquired in the Last Five Business Days

| Type (Pistol or revolver) | Serial Number | Manufacturer & Importer | Model | Caliber |
|---|---|---|---|---|
| Pistol | P1256117 | Hi Point | C9 | 9mm |
| Pistol | P1256107 | Hi Point | C9 | 9mm |

4. Transferee's Name (Last, first, middle): Farnsworth-McCorvey, Philip Alexander

5. Residence Address (Number, street, city, county, State, zip code): 5224 N 42 Lane Maricopa Phx AZ 85019

6. Sex: M
7. Race: Black or African
8. Identification Number: D03144935
9. Type of Identification: AZ State ID
10. ID State: Arizona
11. Date of Birth: 03-11-84
12. Place of Birth (City, county, State, country): San Francisco, Ca. USA

When Fax is Available, Please Fax to 1-877-283-0288 Otherwise Mail to the Address Pre-Printed on Reverse.

**Instructions**

1. This form is to be used by licensees to report all transactions in which an unlicensed person has acquired two or more pistols and/or revolvers at one time or during five consecutive business days.

2. A separate form is to be submitted for each unlicensed person.

3. Complete Items 1 - 12.

4. The report is to be submitted to:

   a. Copy 1 - The National Tracing Center no later than the close of business on the day that the multiple sale or other disposition occurs. FAX this form to 1-877-283-0288 or see the reverse side of this form for the address of the National Tracing Center.

   b. Copy 2 - The official designated by the State or local authorities to receive the form, or in the absence of such designation, to the department of State police or State law enforcement agency in the jurisdiction where the handgun transfer occurred.

   c. Copy 3 - Retain for your official records.

5. Additional forms may be obtained through the ATF Distribution Center, P.O. Box 5950, Springfield, Virginia 22150, (703) 455-7801.

FB0115