UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: _____ DEC 12 2007 _____

Case No. _CR-07-0403 MMC_    JUDGE: **Maxine M. Chesney**

_Floyd Barrow_
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

_William Feentzen_
U.S. ATTORNEY

_Daniel Blank_
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: _Margo Gurule_

### PROCEEDINGS

REASON FOR HEARING ___Judgment & Sentencing___

RESULT OF HEARING ___57 months in custody, 3 years supervised release, participate in drug treatment program, submit to search, no weapons, no fine, $100 special assessment. (see judgment for additional conditions) USPO - Joshua Sparks___

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____