UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed stating that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR 07-0403 MMC   United States v. Floyd Barrow**
**CR 08-0533 EMC   United States v. Kilimanjaro Bell**

**ORDER**

On the basis of the material submitted to the Court, I find that the cases:

[ ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ X ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  The Clerk of Court is ordered to reassign the later-filed action to the undersigned.  Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for hearing before the undersigned.

DATED: March 7, 2014

UNITED STATES DISTRICT JUDGE