STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BARROW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-0403 MMC |
|---|---|---|
| Plaintiff, | ) | UNOPPOSED REQUEST AND [PROPOSED] ORDER TO REFER CASE TO MAGISTRATE COURT FOR APPOINTMENT OF SUBSTITUTE COUNSEL ON MARCH 12, 2014, AT 9:30 A.M. |
| v. | ) | |
| FLOYD BARROW, | ) | |
| Defendant. | ) | Honorable Maxine M. Chesney |

1 | Based upon information disclosed at the last appearance in the above-caption case, the Office of the Federal Public Defender has determined that a conflict precludes undersigned counsel from continuing to represent Defendant Floyd Barrow.

Accordingly, undersigned counsel respectfully requests that the matter be set before the duty magistrate judge on Wednesday, March 12, 2014, at 9:30 a.m. for appointment of substitute counsel. Undersigned counsel has advised the government and the U.S. Probation officer of this issue and neither has raised any objection to this proposal. In addition, government counsel has indicated that he is available to appear in court at that time.

The next appearance in district court previously set for March 26, 2014, would remain unchanged unless otherwise requested by the parties.

DATED:   March 10, 2013        _____/s/_____
                               DANIEL P. BLANK
                               Assistant Federal Public Defender
                               Attorney for Floyd Barrow

IT IS SO ORDERED.

DATED:   March 10, 2014        _____
                               MAXINE M. CHESNEY
                               United States District Judge

REQ. & PROP. ORDER                              1